# Exhibit B

# Business Inquiry

## Business Details

| | |
|---|---|
| Business Name: | JETBLUE AIRWAYS CORPORATION |
| Business ID: | 0656044 |
| Business Address: | 27-01 QUEENS PLAZA NORTH, LONG ISLAND CITY, NY, 11101, USA |
| Mailing Address: | 27-01 QUEENS PLAZA NORTH, LONG ISLAND CITY, NY, 11101, USA |
| Date Inc/Registration: | Jul 07, 2000 |
| Commence Business Date: | Aug 15, 1999 |
| Annual Report Due Date: | 07/06/2020 |
| NAICS Code: | NONE |
| Citizenship/State Inc: | Foreign/DE |
| Last Report Filed Year: | 2019 |
| Business Type: | Stock |
| Business Status: | Active |
| Name in State of INC: | JETBLUE AIRWAYS CORPORATION |
| NAICS Sub Code: | NONE |

## Principals Details

| Name/Title | Business Address | Residence Address |
|---|---|---|
| ROBIN HAYES CHIEF EXECUTIVE OFFICER | 27-01 QUEENS PLAZA NORTH, LONG ISLAND CITY, NY, 11101, USA | 27-01 QUEENS PLAZA NORTH, LONG ISLAND CITY, NY, 11101, USA |
| STEVE PRIEST CHIEF FINANCIAL OFFICER | 27-01 QUEENS PLAZA NORTH, LONG ISLAND CITY, NY, 11101 | 27-01 QUEENS PLAZA NORTH, LONG ISLAND CITY, NY, 11101 |
| CHRIS LIPPI DIRECTOR CORP TAX & ASSISTANT SECRETARY | 27-01 QUEENS PLAZA NORTH, LONG ISLAND CITY, NY, 11101 | 27-01 QUEENS PLAZA NORTH, LONG ISLAND CITY, NY, 11101 |

**IMPORTANT:** There are more principals for this business that are not shown here.

[View All Principals(6)]

## Agent Summary

| | |
|---|---|
| Agent Name | CORPORATION SERVICE COMPANY |
| Agent Business Address | 50 WESTON STREET, HARTFORD, CT, 06120-1537, USA |
| Agent Residence Address | NONE, HARTFORD, CT, 06120-1537, USA |
| Agent Mailing Address | NONE |

# SUMMONS - CIVIL

JD-CV-1 Rev. 10-15
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov



See other side for instructions

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
☐ "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 95 Washington Street, Hartford 06106 | ( 860 ) 548-2700 | August 4, 2020 |

| ☒ Judicial District ☐ Housing Session | ☐ G.A. Number: | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349) Hartford | Case type code (See list on page 2) Major: M   Minor: 90 |
|---|---|---|---|

For the Plaintiff(s) please enter the appearance of:

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (to be entered by attorney only) |
|---|---|
| Emanuele R. Cicchiello, Esq., Cicchiello & Cicchiello, LLP, 364 Franklin Ave., Hartford, CT 06114 | 419987 |

| Telephone number (with area code) | Signature of Plaintiff (If self-represented) |
|---|---|
| ( 860 ) 296-3457 | |

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.   ☒ Yes  ☐ No

Email address for delivery of papers under Section 10-13 (if agreed to)

Number of Plaintiffs: 1    Number of Defendants: 1    ☐ Form JD-CV-2 attached for additional parties

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name: Justin Moreau<br>Address: 53 Davenport Street, Chicopee, MA 01013 | P-01 |
| Additional Plaintiff | Name:<br>Address: | P-02 |
| First Defendant | Name: Jetblue Airways Corporation<br>Address: Agent: Corporation Service Company, 50 Weston Street, Hartford, CT 06120-1537 | D-01 |
| Additional Defendant | Name:<br>Address: | D-02 |
| Additional Defendant | Name:<br>Address: | D-03 |
| Additional Defendant | Name:<br>Address: | D-04 |

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. **The Clerk of Court is not allowed to give advice on legal questions.**

| Signed (Sign and "X" proper box) | ☒ Commissioner of the Superior Court ☐ Assistant Clerk | Name of Person Signing at Left Emanuele R. Cicchiello, Esq. | Date signed |
|---|---|---|---|

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

For Court Use Only
File Date

A TRUE COPY ATTEST

KEITH D. JANKIEWICZ
CONNECTICUT STATE MARSHAL
INDIFFERENT PERSON

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) | Date | Docket Number |
|---|---|---|---|

(Page 1 of 2)

## Instructions

1. Type or print legibly; sign summons.
2. Prepare or photocopy a summons for each defendant.
3. Attach the original summons to the original complaint, and attach a copy of the summons to each copy of the complaint. Also, if there are more than 2 plaintiffs or more than 4 defendants prepare form JD-CV-2 and attach it to the original and all copies of the complaint.
4. After service has been made by a proper officer, file original papers and officer's return with the clerk of court.
5. Do not use this form for the following actions:

   (a) Family matters (for example divorce, child support, custody, paternity, and visitation matters).
   (b) Summary process actions.
   (c) Applications for change of name.
   (d) Probate appeals.
   (e) Administrative appeals.
   (f) Proceedings pertaining to arbitration.
   (g) Any actions or proceedings in which an attachment, garnishment or replevy is sought.

### ADA NOTICE

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA.

## Case Type Codes

| Major Description | Codes Major/Minor | Minor Description | Major Description | Codes Major/Minor | Minor Description |
|---|---|---|---|---|---|
| Contracts | C 00 | Construction - All other | Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
| | C 10 | Construction - State and Local | | T 03 | Defective Premises - Private - Other |
| | C 20 | Insurance Policy | | T 11 | Defective Premises - Public - Snow or Ice |
| | C 30 | Specific Performance | | T 12 | Defective Premises - Public - Other |
| | C 40 | Collections | | T 20 | Products Liability - Other than Vehicular |
| | C 90 | All other | | T 28 | Malpractice - Medical |
| Eminent Domain | E 00 | State Highway Condemnation | | T 29 | Malpractice - Legal |
| | E 10 | Redevelopment Condemnation | | T 30 | Malpractice - All other |
| | E 20 | Other State or Municipal Agencies | | T 40 | Assault and Battery |
| | E 30 | Public Utilities & Gas Transmission Companies | | T 50 | Defamation |
| | E 90 | All other | | T 61 | Animals - Dog |
| | | | | T 69 | Animals - Other |
| Miscellaneous | M 00 | Injunction | | T 70 | False Arrest |
| | M 10 | Receivership | | T 71 | Fire Damage |
| | M 20 | Mandamus | | T 90 | All other |
| | M 30 | Habeas Corpus (extradition, release from Penal Institution) | Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
| | M 40 | Arbitration | | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
| | M 50 | Declaratory Judgment | | V 05 | Motor Vehicles* - Property Damage only |
| | M 63 | Bar Discipline | | V 06 | Motor Vehicle* - Products Liability Including Warranty |
| | M 66 | Department of Labor Unemployment Compensation Enforcement | | V 09 | Motor Vehicle* - All other |
| | M 68 | Bar Discipline - Inactive Status | | V 10 | Boats |
| | M 70 | Municipal Ordinance and Regulation Enforcement | | V 20 | Airplanes |
| | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 | | V 30 | Railroads |
| | | | | V 40 | Snowmobiles |
| | M 83 | Small Claims Transfer to Regular Docket | | V 90 | All other |
| | M 84 | Foreign Protective Order | | | *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| | M 90 | All other | | | |
| Property | P 00 | Foreclosure | | | |
| | P 10 | Partition | Wills, Estates and Trusts | W 10 | Construction of Wills and Trusts |
| | P 20 | Quiet Title/Discharge of Mortgage or Lien | | W 90 | All other |
| | P 30 | Asset Forfeiture | | | |
| | P 90 | All other | | | |

JD-CV-1 Rev. 10-15 (Back/Page 2)

| | |
|---|---|
| **RETURN DATE:** AUGUST 4, 2020 | SUPERIOR COURT |
| **JUSTIN MOREAU** | J.D. OF HARTFORD |
| VS. | AT HARTOFRD |
| **JET BLUE AIRWAYS CORPORATION** | JULY 6, 2020 |

## COMPLAINT

**COUNT ONE:**   Wrongful Termination in Violation of Conn. Gen. Stat. § 31-290a

1. The Plaintiff, Justin Moreau, has at all times relevant been a resident of the city of Chicopee, State of Massachusetts.

2. The Defendant, Jet Blue Airways Corporation (hereinafter "Jetblue"), is a foreign corporation organized and existing under the laws of Delaware, with a principal place of business in Long Island City, New York, and conducts business in the State of Connecticut.

3. The Defendant is an American airline and operates flights out of Bradley International Airport, located in Windsor Locks, Connecticut.

4. The Plaintiff worked as a baggage handler for the Defendant at Bradley International airport.

5. The Plaintiff began his employment with the Defendant in or around January of 2015.

6. Throughout the Plaintiff's employment, he was a good and dependable employee and performed his job satisfactorily.

7. During his employment with the Defendant the Plaintiff received several raises.

8. Throughout Plaintiff's employment, he reported to Jose Garcia, his immediate shift supervisor.

9. Throughout Plaintiff's employment, Michael Chambers was the Plaintiff's supervisor and general manager.

10. In or around December of 2017, Plaintiff was injured in the course of his employment with the Defendant. Plaintiff had fallen out of a vehicle and landed in his left leg, and sustained injuries to his left knee and ankle.

11. Following the accident, Plaintiff immediately reported the incident and filed a workers' compensation claim.

12. Plaintiff's workers' compensation claim was denied because the Defendant claimed that it was not a workplace injury, it did not happen, and there were no witnesses.

13. However, in Plaintiff's initial accident report which he filled out with his manager, Michael Chambers, stated that there were witnesses.

14. Plaintiff then hired an attorney and successfully brought a workers' compensation claim.

15. Following Plaintiff's successful workers' compensation claim, he was prescribed physical therapy and worked fewer hours.

16. Because the Plaintiff attended physical therapy sessions before his workday began, he would arrive approximately 15 to 30 minutes late to work.

17. Shortly after Plaintiff was approved for his final round of physical therapy, his supervisor Jose Garcia, told Plaintiff that he was not allowed to take time off for a workers' compensation issue or injury treatment.

18. Plaintiff complained that his tardiness was due to his physical therapy appointments but was told he was not allowed to be late even for treating an injury he received while working for the Defendant.

19. Plaintiff then asked for time off through the Family and Medical Leave Act ("FMLA") so that he could continue his physical therapy appointments.

20. Defendant's human resource representative, Jessica Alvarez, denied Plaintiff's request for FMLA stating that he did not qualify for FMLA because his workers' compensation case was not active.

21. Plaintiff was terminated two weeks after he requested FMLA, and the Defendant stated that his attendance and tardiness were the reason for his termination.

22. As such, the Defendant's reason for termination is a mere pretext to mask unlawful discrimination.

23. The Plaintiff was terminated because he was injured in the course of his employment, because he exercised or attempted to exercise his rights under the Workers' Compensation statute, and/or to prevent him from claiming benefits under the Workers' Compensation statute, in violation of Connecticut General Statute § 31-290a.

24. As a result of the Defendant's actions, the Plaintiff has suffered a loss of compensation, including lost wages and lost employment benefits.

25. As a further result of the Defendant's actions, the Plaintiff has suffered emotional distress.

26. As a further result of the Defendant's actions, the Plaintiff has expended, and will expend in the future, legal fees and costs.

27. As a result of the foregoing unlawful conduct of the Defendant, the Plaintiff was denied the opportunity of gainful employment. As such, the Plaintiff has suffered a substantial loss of income and other employment benefits and will continue to suffer the loss of same all to his loss and detriment.

28. As a further result of the foregoing unlawful conduct, the Plaintiff has incurred attorney's fees and costs in order to obtain the right to which he is entitled.

29. As a further result of the foregoing unlawful conduct of the Defendant, the Plaintiff has suffered and will continue to suffer in the future, considerable emotional and psychological pain and suffering.

**COUNT TWO:** **Interference in violation of the Family Medical Leave Act 29 U.S.C. § 2612 et seq.**

1. The Plaintiff repeats and re-alleges paragraphs 1 through 22 above and incorporates them as paragraphs 1 through 22 of this Fourth Count as if fully stated herein.

23. The Plaintiff was an eligible employee under the FMLA, the Plaintiff was entitled to a leave under the FMLA, and the Plaintiff notified the defendant of his need for medical leave.

24. The Defendant interfered with Plaintiff's right to FMLA leave by terminating his employment under a false pretext just prior to his need for leave.

25. As a result of the Defendant's interference with the Plaintiff's right to the use of FMLA leave, the Plaintiff has suffered a loss of wages and employment benefits and will continue to suffer the loss of same, all to his loss and detriment.

26. As a further result of the foregoing conduct of the Defendant, the Plaintiff has incurred, and will continue to incur, attorney's fees and costs in order to obtain the rights to which he is entitled.

**COUNT THREE:** **Retaliation Pursuant to the Family Medical Leave Act 29 U.S.C. § 2612 *et seq.***

1. The Plaintiff repeats and re-alleges Paragraphs 1 through 22 above as Paragraphs 1 through 22 of this Fifth Count as if fully set forth herein.

23. The Plaintiff was an eligible employee under the FMLA, the Plaintiff was entitled to a leave under the FMLA, and the Plaintiff notified the defendant of his need for medical leave.

24. The Plaintiff was retaliated against and subject to adverse employment actions for attempting to exercise his rights under the FMLA in that he was terminated because of his expression of an intent to use of FMLA leave.

25. As a result of the Defendant's violation of the FMLA, the Plaintiff has suffered a loss of wages and employment benefits and will continue to suffer the loss of same, all to his loss and detriment.

26. As a further result of the foregoing conduct of the Defendant, the Plaintiff has incurred, and will continue to incur, attorney's fees and costs in order to obtain the rights to which he is entitled.

THE PLAINTIFF
JUSTIN MOREAU

By: _____
Emanuele R. Cicchiello, Esq.
CICCHIELLO & CICCHIELLO, LLP
364 Franklin Avenue
Hartford, CT 06114
Tel: (860) 296-3457
Fax: (860) 296-0676
Juris No.: 419987
Email: manny@cicchielloesq.com

A TRUE COPY ATTEST
KEITH N. JANKIEWICZ
CONNECTICUT STATE MARSHAL
INDIFFERENT PERSON

| | | |
|---|---|---|
| RETURN DATE:   AUGUST 4, 2020 | : | SUPERIOR COURT |
| | : | |
| JUSTIN MOREAU | : | J.D. OF HARTFORD |
| | : | |
| VS. | : | AT HARTOFRD |
| | : | |
| JET BLUE AIRWAYS CORPORATION | : | JULY 6, 2020 |

## PRAYER FOR RELIEF

**WHEREFORE,** the Plaintiff prays for the following relief:

1. Monetary damages;

2. Front pay or reinstatement;

3. Liquidated damages pursuant to the FMLA;

4. Reasonable attorneys fee and costs; and

5. Such other relief as is allowable by law.


THE PLAINTIFF
JUSTIN MOREAU

By: *[signature]*
Emanuele R. Cicchiello, Esq.
CICCHIELLO & CICCHIELLO, LLP
364 Franklin Avenue
Hartford, CT 06114
Tel: (860) 296-3457
Fax: (860) 296-0676
Juris No.: 419987
Email: manny@cicchielloesq.com

A TRUE COPY ATTEST
KEITH D. JANKIEWICZ
CONNECTICUT STATE MARSHAL
INDIFFERENT PERSON

| | | |
|---|---|---|
| RETURN DATE: AUGUST 4, 2020 | : | SUPERIOR COURT |
| | : | |
| JUSTIN MOREAU | : | J.D. OF HARTFORD |
| | : | |
| VS. | : | AT HARTOFRD |
| | : | |
| JET BLUE AIRWAYS CORPORATION | : | JULY 6, 2020 |

## STATEMENT OF AMOUNT IN DEMAND

The Plaintiff claims the amount in demand in excess of $15,000.00 exclusive of interest and costs.

THE PLAINTIFF
JUSTIN MOREAU

By: _____
Emanuele R. Cicchiello, Esq.
CICCHIELLO & CICCHIELLO, LLP
364 Franklin Avenue
Hartford, CT 06114
Tel: (860) 296-3457
Fax: (860) 296-0676
Juris No.: 419987
Email: manny@cicchielloesq.com

A TRUE COPY ATTEST
KEITH D. JANKIEWICZ
CONNECTICUT STATE MARSHAL
INDIFFERENT PERSON